UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESMERALDA S. FOUNTAIN,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A., et al.<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-00936-RCJ-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #19) |

This matter is before the court on Plaintiff's Motion to Substitute Attorney (Dkt. #19) filed February 25, 2016. Michael Kind seeks leave to be substituted in the place and stead of Danny J. Horen for Plaintiff Esmeralda S. Fountain. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #19) is **APPROVED**.
2. Michael Kind is substituted in the place of Danny J. Horen for Plaintiff Esmeralda S. Fountain, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 2nd day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE