UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ESMERALDA S. FOUNTAIN,

Plaintiff,

v.

BANK OF AMERICA, N.A., et al.

Defendants.

Case No. 2:15-cv-00936-RCJ-PAL
Case No. 2:15-cv-01222-RCJ-PAL

**ORDER**

Before the court is the Notice of Settlement (Dkt. #21) between Plaintiff and Defendant Bank of America, N.A., filed May 19, 2016.  The notice requests 60 days to submit settlement documents.

**IT IS ORDERED** that that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **July 18, 2016,** to either file a stipulation to dismiss, or a joint status report with the court advising when the stipulation will be filed.

DATED this 25th day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1